# PD-0648-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

NO._____

**IN THE**

**COURT OF CRIMINAL APPEALS**

Timothy Dewayne Pullins

    (Appellant, Pro-Se)

Vs.

The State of Texas

    (Appellee)

§
§
§
§
§
§
§
§
§
§

Appeal No. 12-13-00330-CR

FILED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

**First Motion For Extension Of Time To File Petition For Discretionary Review**

To The Honorable Justices of Said Court:

Comes Now, Timothy Dewayne Pullins, Petitioner, and files this Motion For an extension of (60) days in which to file a Petition For Discretionary Review In support of this Motion, appellant shows the Court the following:

## I.

The Petitioner was convicted in the 7th District Court of Smith County, Texas of the offense of Aggravated Robery in Cause No.007-0509-13, styled State of Texas Vs. Timothy D'wayne Pullins The Petitioner appealed to the Court of Appeals, Twelfth Court Of Appeals District Of Texas. The case was affirmed on May 6, 2015.

## II.

The present deadline for filing the Petition For Discretionary Review is June 6, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner request for an extension is based upon the follow-ing facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until May 20, 2015. Since that time Petitioiner has been attempting to gain legal representation in this matter. His Appeal Attorney notified him that he Will Not represent him on the Petition For discre-tionary Review. The request for an extension of time is not to unecessarily delay the proceedings. Rather this extension is necessary to file a Petitioin For Discretionary Review.

## PRAYER

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for Filing the Petition For Discretionary Review in Cause No. 12-13-00330-CR until and through August 20, 2015.

*Timothy Pullins*

Timothy Dewayne Pullins
(Petitioner, Pro-Se)
Coffield Unit (U-105)
2661 FM 2054
Tennessee Colony, Tx.
-75884

## CERTIFICATE OF SERVICE

I, certify that a true and correct paper copy of the above and Foregoing First Motion For Extension Of Time To File A Peti--tion For Discretionary Review, has been served by United States Mail, First class postage prepaid on this 25th day of May 2015, by placing same in an envelope addressed to:

Michael J. West
(Asst.Crim. District Attorney)
100 N. Broadway
Tyler, Texas 75702

The State's Attorney: